UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff(s), ) <br> ) <br> v. ) <br> ) <br> PHILLIP LIU, ) <br> ) <br> Defendant(s). ) <br> _____) | No. 3-09-70717 MEJ <br><br> **RELEASE ORDER** |

The Court having determined that defendant Phillip Liu may be released on bond, the Marshal is directed to release Mr. Liu from custody **Sunday morning, August 23, 2009,** into the custody of Stacy Chiu who has been **ORDERED** to transport Mr. Liu to his court appearance in Los Angeles Monday morning.

Dated: August 20, 2009

_____
Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\CRIMINAL\ORDERS\ORDERS.09\LIU RELEASE ORDER.wpd

1